UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRIME, JUSTICE & AMERICA, INC., a California corporation; and RAY HRDLICKA, an individual,<br><br>                   Plaintiffs,<br><br>  v.<br><br>KEN IRWIN, individually and in his official capacity as Sheriff of Yakima County, Washington; ED CAMPBELL, individually and in his official capacity as Director of the Yakima County, Washington Department of Corrections; DOES 1-20, in their individual and official capacities; YAKIMA COUNTY; and YAKIMA COUNTY DEPARTMENT OF CORRECTIONS,<br><br>                   Defendants. | NO:    CV-12-3019-RMP<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE |

BEFORE the Court is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 14.  Having reviewed said motion and the file and pleadings

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE ~ 1

therein, the Court finds good cause to grant the motion.  Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss with Prejudice, **ECF No. 14**, is **GRANTED**.  Plaintiffs' Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is hereby directed to enter this Order, furnish copies to counsel, and **close** this case.

**DATED** this 18th day of July 2012.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge
